# UNITED STATES DISTRICT COURT

## Western Division

__Western__ DISTRI __Tennessee__

**UNITED STATES OF AMERICA**
V.

**KAARON ROSE**

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CA __06-221-0__

**CHARGING DISTRICTS CASE** __05-1178__

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court __Central__ District of __California__ ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk __312 N. Spring Street, Los Angeles, CA 90012__
*Place and Address*
, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear Pursuant Notice by the Prosecuting District.

S/ Diane K. Vescovo
*Signature of Judge*

March 13, 2006
*Date*

*DIANE K. VESCOVO*
*UNITED STATES MAGISTRATE JUDGE*
Name and Title of Judge